FILED by _____ D.C.

DEC 17 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. -_____-CV_____

(Judge's Last Name/Magistrate's Last Name)

JOSE VELEZ-AROCHO

Plaintiff,

vs.

SPIRIT AIRLINES, INC.,
JOHN DOE CORP,
ABC INSURANCE COMPANY

Defendants.

JURY TRIAL DEMANDED

# COMPLAINT

**NOW COME** plaintiff, José Vélez-Arocho, *pro se*, and very respectfully submits this complaint for intentional/negligent infliction of emotional distress and deprivation of constitutional rights on the following ground:

## JURISDICTION, PARTIES AND ALLEGATIONS COMMON TO ALL CLAIMS

1. Jurisdiction exists pursuant to 28 U.S.C. § 1332, in that the plaintiff José Vélez Arocho ("Plaintiff" or "Vélez")Plaintiff Mr. José Vélez Arocho is a resident of Puerto Rico and a disabled[1] American Citizen; defendant Spirit Airlines Inc.,("Spirit" or "Defendant" )—a Delaware corporation with its

---

[1] Plaintiff is disabled according to the Social Security Administration definition of "disability." Plaintiff José Vélez Arocho is *sui iuris*.

1

principal place of business within this district at 2800 Executive Way Miramar, FL 33025—is a domestic air carrier duly certified by the United States Department of Transportation to transport persons, baggage, cargo and mail over certain domestic and international routes approved and supervised by the Federal Aviation Administration; John Doe Corp. is one or more individuals or entities domiciled or incorporated in a state other than the Commonwealth of Puerto Rico, including, among others, a Spirit employee and a TSA Agent; defendant ABC Insurance Company is an insurance company organized and existing by virtue of the laws of a state other than the Commonwealth of Puerto Rico, with its principal place of business in a state other than the Commonwealth of Puerto Rico; **and the amount in controversy ineach claim exceeds the sum of $75,000.00**, exclusive of interest and costs.

2. Jurisdiction also exists under the US Constitution, a Bivens action, against a public actor and private actor, Spirit, who was a *joint participant* in the challenged activity.

3. The two fictitiously named defendants are responsible in some manner for the activities alleged in this Complaint. Plaintiff will seek leave of Court to amend this Complaint to replace the fictitious names of these persons/entities with their true names when they are discovered.

4. Each of the aforementioned Defendants is responsible in some manner, either by act or omission, strict liability, fraud, deceit, fraudulent concealment, negligence, respondent superior, breach of contract or otherwise, for the occurrences herein alleged.  At all times material hereto and mentioned herein, each of the Defendants sued herein was the agent, servant, employer, joint venturer, partner, division, owner, subsidiary, alias, aider and abettor, assignee and/or alter-ego of each of the remaining Defendants and was at all times acting within the purpose and scope of such agency, servitude, joint venture, division, ownership, subsidiary, alias, assignment, alter-ego, partnership or employment and with the authority, consent, approval and ratification of each remaining Defendant. At all times herein mentioned, each Defendant was acting in concert or participation with each other, and/or aided and abetted the other Defendants, and/or was a joint participant and collaborator in the acts complained of, and/or was the agent or employee of the others in doing the acts complained of herein, each and all of them acting within the course and scope of said agency and/or employment by the others, each and all of them acting in concert one with the other and all together. Each Defendant was the co-conspirator, aider and abettor, agent, servant, employee, assignee and/or joint venture of each of the other Defendants and was acting within the course and scope of said

conspiracy, agency, employment, assignment and/or joint venture and with the permission and consent of each of the other Defendants.

## FACTS

5. On July 19, 2012, Spirit cancelled flight NK339 between Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida ("FLL") and Los Angeles International Airport in Los Angeles, California. Plaintiff had a boarding pass for flight NK339.

6. As a result of said flight cancellation, Spirit instructed the passengers to obtain a new boarding pass or ticket at Spirit counter at FLL.

7. While peacefully waiting on the line to obtain a new boarding pass or ticket, Plaintiff was taking digital photographs of the event –e.g.. cancelled flight, congestion at FLL, long lines, commotion, expressions of frustration, thoughtfulness, and many others—with the intent to share the photos of the event with friends and the public using electronic means.

8. Subsequently, a Spirit female employee approached Plaintiff and aggressively demanded Plaintiff that the photos of the event should be deleted. She stubbornly and aggressively insisted while moving her arms and yelling at Plaintiff in a crowded and public place.

9. After several minutes, the female employee left but shortly after returned with a Transportation Security Agency (TSA) Agent of the Department of Homeland Security (collectively referred to as "Defendants"). Both the

TSA Agent and the female employee approached Plaintiff and demanded that Plaintiff should step out of the line. Plaintiff refused.

10. Both the TSA Agent and the Spirit employee belligerently demanded access to Plaintiff's photographs and claimed that they should be deleted. In response to their repeated requests, Plaintiff repeatedly told the TSA Agent and Spirit employee that Plaintiff was not going to delete any photos and demanded a cease and desist because Plaintiff had chest pain.

11. Defendants left and shortly after they returned with Sheriff T. Wilkins (#111862) of the Broward County, Florida ("Sheriff"). Plaintiff and the Sheriff had a respectful and amicable one-to-one conversation regarding the photographs of the events and Defendants demands.

12. After Plaintiff and the Sheriff had a harmonious dialogue, the Sheriff told Defendants that Plaintiff had a right to take photographs. Defendants persistently urged the Sheriff to take action by seizing the camera and deleting the photographs. I told Defendants and the Sheriff that I had chest pain because of the situation with Defendants.

13. Because of the chest pain, the Sheriff contacted an emergency team who came to the scene. At all times, Defendants heartlessly continued to demand the Plaintiff's photographs of the event in the presence of the Sheriff, notwithstanding that Plaintiff gave notice of his chest pain to

5

Defendants and the Sheriff and that a rescue team was on their way to give emergency medical treatment.

14. After examining Plaintiff, the emergency personnel at FLL put Plaintiff on a stretcher and rushed to the hospital, Broward General Medical Center at 1600 S. Andrews Ave, Ft. Lauderdale, FL 33316.

15. A true and exact copy of the medical report is attached to this complaint.[2]

16. At all times material hereto, Plaintiff was taking photographs of things that were plainly visible in a public place in which Plaintiff was lawfully present. Defendants had no warrant supporting their demand to confiscate or view Plaintiff's photographs of the event.

17. Defendants, through their actions, deprived and diminished Plaintiff's ability to take photographs of the event. Defendants also intentionally and unlawfully attempted to seize and destroy Plaintiff's photographs.

18. Defendants intentionally, recklessly or negligently aggressively and heartlessly made repeated demands with knowledge such unlawful demands were causing chest pain, high blood pressure, and severe emotional distress to Plaintiff.

---

[2] As required by the Local Rules of the Honorable Court, certain personal identified were removed.

## COUNT I
### Intentional Infliction of Emotional Distress

19. Plaintiff incorporates by reference paragraphs 1-17 as though set forth herein.

20. Defendants engaged in, instigated and directed a course of extreme, heartless, and outrageous with the intention of causing, or reckless disregard of the possibility of causing, emotional distress to Plaintiff.

21. As a proximate result of the acts alleged herein Plaintiff suffered severe or extreme emotional distress and a physical injury, chest pain and hypertension, entitling Plaintiff to damages in an amount to be proven at trial, which includes actual and punitive damages, costs, prejudgment interests, and attorney fees.

## COUNT II
### Negligent Infliction of Emotional Distress

22. Plaintiff incorporates by reference paragraphs 1-20 as though set forth herein.

23. Defendants engaged in, instigated and directed a course of negligent conduct, causing emotional distress to Plaintiff and a physical injury, entitling Plaintiff to damages in an amount to be proven at trial.

24. As a proximate result of the acts alleged herein Plaintiff suffered severe or extreme emotional distress, entitling Plaintiff to damages in an amount to be proven at trial, which includes actual damages and costs.

## COUNT III
### Deprivation of Constitutional Rights:
### First Amendment Retaliation

25. Plaintiff incorporates by reference paragraphs 1-23 as though set forth herein.

26. Defendants engaged in, instigated and directed a course of extreme, heartless, and outrageous conduct that deprived Plaintiff's constitutional right to communicative photography.

27. As a proximate result of the acts alleged herein Plaintiff suffered a violation of his civil rights under the US Constitution, as well as the laws and Constitution of the state of Florida; severe or extreme emotional distress, and a physical in entitling Plaintiff to damages in an amount to be proven at trial, which includes actual and punitive damages, costs, prejudgment interests, and attorney fees.[3]

### JURY TRIAL

28. Plaintiff demands trial by jury on all issues so triable

**WHEREFORE**, plaintiff demands judgment against defendants, and each of them, as follows:

    a. Actual damages in excess of $75,000.

---

[3] Plaintiff hereby invokes the Florida Constitution and the Florida Civil Rights Act under the doctrine of supplemental jurisdiction. In addition, if diversity jurisdiction is not established, Plaintiff invokes jurisdiction for all common law torts and violations to the Florida Civil Rights Act under the doctrine of supplemental jurisdiction.

...

b. Punitive damages in excess of $100,000.

c. Costs of this action; pre-judgment interests, and attorney fees.

d. Any other relief that may be just and proper.

Dated: December 14, 2012.

**PRO SE**
HC 1 BOX 6523
GUAYNABO, PR 00971
T.: 787-599-9003
E.: JOSEVELEZAROCHO@GMAIL.COM

*[signature]*

JOSE VELEZ AROCHO
PLAINTIFF

**DO NOT ACCEPT UNLESS BLUE BACKGROUND IS PRESENT**

## Broward General Medical Center
*1600 S. Andrews Ave.*
Fort Lauderdale, FL 33316
(954) 355-5760

PHARMACIST PLEASE NOTE--RX ILLEGAL IF NOT SAFETY BACKGROUND. VOID APPEARS IF COPIED.

| | | | |
|---|---|---|---|
| Patient Name: VELEZ, JOSE | | | |
| Birthdate: ████, 1956 | Age: 56 Years | Sex: M | MRN: 1528437 |
| Allergies: NKA | | | |

Pharmacist please note--Allergy list may be incomplete.

Patient Address: ████████          Home Phone: ████
                                   Work Phone:

### NEW Prescription(s)

**Rx: ibuprofen 400 mg oral tablet**                    Start Date: July 20, 2012
   SIG:            1 tab PO Q4H for 7 day(s) PRN for pain
   Dispense/Supply: <42 (forty-two) tab>

Signature: _____/s/_____

Prescribed by: MACIEJ FERENC, DO          Printed on   July 20, 2012  02:08 am

ATTENTION: THIS RX NOT VALID FOR CONTROLLED SUBSTANCES
IN ORDER FOR THE BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST WRITE "MEDICALLY NECESSARY."

**THIS PRESCRIPTION CONTAINS FRAUD DETERRENT SECURITY FEATUR**

# Broward Health Medical Center

**Name:** JOSE VELEZ
**DOB:** ██/1956
**MRN:** 1528437
**FIN:** 121971569
**Visit Date:** 7/19/2012 10:15:00 PM

**Current Date:** 7/20/2012 2:18:20 AM

**Emergency Department Care Providers:**
  **Primary Physician:** FERENC DO, MACIEJ, ED Primary Phys

Broward Health would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

## Patient Education Materials

JOSE VELEZ has been given the following patient education materials:

Diagnosis



Arthralgia is the term for pain in or around the joint. It is not a disease but a symptom. This may involve one or more joints. Sometimes arthralgias move from joint to joint.

There are many causes for joint pain. These include:
- Injury
- Osteoarthritis (from wearing out of the joint surface)
- Rheumatoid arthritis (an autoimmune disease)

Name: JOSE VELEZ　　　　　　　　　　1 of 6　　　　　　　　07/20/2012 2:18:20 AM
MRN: 1528437

Name: JOSE VELEZ   MRN: 1528437

- Gout (inflammation of the joint due to crystals in the joint fluid)
- Infection inside the joint
- Bursitis (inflammation of the fluid-filled sacs around the joint)
- Lupus and other collagen-vascular disease

**HOME CARE:**
- Rest the involved joint(s) until your symptoms improve.
- You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

FOLLOW UP with your doctor or as advised by our staff.

[NOTE: If you had an X-ray it will be reviewed by a specialist. You will be notified of any new findings that may affect your care.]

RETURN PROMPTLY or contact your doctor if any of the following occurs:
- Pain increases
- Pain moves to other joints
- New rash appears

Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.





High Blood Pressure (Hypertension) is a chronic disease. The cause is unknown in most cases. It can usually be controlled with lifestyle changes and/or medicines. Symptoms of high blood pressure may include headache, dizziness, visual changes, chest pain and shortness of breath. Sometimes it causes no symptoms at all. However, even if there are no symptoms, untreated high blood pressure increases the risk of heart attack and stroke. It is a serious health risk and should not be ignored.

A normal blood pressure is 120/80 or less. The first (top) number is the "systolic" pressure. The second (bottom) number is the "diastolic" pressure. Hypertension exists when either the top number is 140 or higher, OR the bottom number is 90 or higher on repeated measurements.

**HOME CARE:**

Name: JOSE VELEZ
MRN: 1528437                          2 of 6                          07/20/2012 2:18:20 AM

Name: JOSE VELEZ   MRN: 1528437

# Broward Health Medical Center

**Name:** JOSE VELEZ
**MRN:** 1528437
**FIN:** 121971569
**Visit Date:** 7/19/2012 10:15:00 PM

**Current Date:** 7/20/2012 2:18:20 AM

Dear JOSE VELEZ                    ,

Thank you very much for selecting Broward Health Medical Center for your healthcare needs. We always strive to exceed the expectations of our patients and family members every day. Our goal is to be in the top 10% of hospitals nationally for patient satisfaction. We want our patients and families to have an exceptional experience during their visit at our facility.

Following your discharge from the hospital, you may receive a survey from a research company called Avatar. The opinions of our patients and familes matter to us so we encourage you to complete and return the survey. Your feedback will help us to achieve our goal of being in the top 10% nationally for patient satisfaction. We're listening. If you would like to talk to someone about your experience during your visit here, please contact our Customer Service Department at 954-468-8069.

We hope that you will always choose Broward Health Medical Center whenever you need healthcare services. On behalf of everyone in our organization, thank you once again for your continued support and patronage.

Sincerely,

Your friends at
Broward Health Medical Center

Name: JOSE VELEZ
MRN: 1528437

5 of 6

07/20/2012 2:18:20 AM